UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:13-CR-00056 |
| v. ) | |
| ) | Magistrate Judge Bryant |
| [2] RICARDO RONODEAN MITCHELL, II ) | |
| a/k/a "RICO" ) | |

MOTION TO PARTIALLY UNSEAL THE INDICTMENT

Comes now the United States and requests the indictment in this case be unsealed as to defendant [2] Ricardo Ronodean Mitchell, II, a/k/a "Rico." This defendant has been arrested on the indictment.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

*/s/ Scarlett M. Singleton*
SCARLETT M. SINGLETON
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151

GRANTED:

*/s/ John Bryant*
JOHN S. BRYANT
UNITED STATES MAGISTRATE JUDGE