UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | NO. 3:13-00056 |
| ) | JUDGE CAMPBELL |
| RICARDO RONODEAN MITCHELL, II ) | |

ORDER

Due to an ongoing trial, the sentencing hearing in this case scheduled for March 31, 2014, is RESCHEDULED for April 9, 2014 at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE